IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH PIOTROWSKI,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                          CASE NO. 1D14-4115

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

Opinion filed February 6, 2015.

Certiorari – Original Jurisdiction.

Joseph Piotrowski, pro se, Petitioner.

Lisa Martin, Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

        DENIED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.